**RECEIVED** CH

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEC 2 6 2007 *aew*
DEC 26 2007
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

WENDELL C. THOMPSON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV7233
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

JUDGE LARSON

JUDGE FABIAN

SGT. DESJARDINE

SGT. PLEETE

STATES ATTORNEY JOSEPH LULVES

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

   ✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: WENDELL C. THOMPSON

B. List all aliases:

C. Prisoner identification number: #30421

D. Place of present confinement: KANE CO. JAIL

E. Address: 777 E. FABYAN PKWY. GENEVA, IL 60134

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: JUDGE LARSON

Title: JUDGE

Place of Employment: GENEVA COURTHOUSE 100 S. THIRD ST., GENEVA, IL 60134

B. Defendant: JUDGE FABIAN

Title: JUDGE

Place of Employment: GENEVA COURTHOUSE 100 S. THIRD ST, GENEVA, IL 60134

C. Defendant: JOSEPH LULVES

Title: ASST. STATES ATTORNEY

Place of Employment: GENEVA COURTHOUSE 100 S. THIRD ST., GENEVA, IL 60134

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D.
DEFENDANT: SGT. DESJARDINE

TITLE: SGT (C/O)

PLACE OF EMPLOYMENT: KANE COUNTY JAIL

E.
DEFENDANT: SGT. PLEIT

TITLE: SGT. (C/O)

PLACE OF EMPLOYMENT: KANE COUNTY JAIL

2

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _WENDELL THOMPSON V. DIRECTOR BODACK AND MEDICAL STAFF, WENDELL C. THOMPSON VS. MIDLAND MANAGEMENT CO. et al. 07C5222_

B.  Approximate date of filing lawsuit: _MAR. 1998, SEPT. 2007_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _WENDELL C. THOMPSON_

D.  List all defendants: _DIRECTOR BODACK AND MEDICAL STAFF, MIDLAND MANAGEMENT CO., KIM MORRIS_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT_

F.  Name of judge to whom case was assigned: _NOT KNOWN, JUDGE NOLAN_

G.  Basic claim made: _HEALTH AND LIFE ENDANGERMENT ILLEGAL EVICTION_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DISMISSED X 2_

I.  Approximate date of disposition: _1-11-99, OCT. 2007_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ACCORDING TO THE KANE COUNTY CIVIL COURT MANUAL, PART FOUR: MISCELLANEOUS INFORMATION; THE JUDGE CANNOT SPEAK TO ONE PARTY UNLESS THE OTHER PARTIES ARE NOTIFIED. IN CASE NO. O7L465 DETAINEE THOMPSON (PLANTIFF) RECEIVED A NOTICE OF MOTION TO BE PRESENTED BY THE DEFENDANT'S ATTORNEY, BUT WAS DENIED EACCESS/TO THE COURTROOM BY THE JAILS COURT TRANSPORTATION COODINATORS, SGT. DESJARDINE AND SGT. PLEET. SUBSEQUENTLY, JUDGE FABIAN GRANTED A MOTION OF EXTENS-ION TO DEC.11,2007, WITH KNOWLEDGE THAT THE PLANTIFF WAS TO BE TRANSPORTED FROM THE JAIL.

NOV.29,2007 JUDGE (FABIAN) CONTINUED CASE O7L465 TO DEC.20,2007, AUTHORITIES WERE NOTIFIED NOT TO TRANSPORT PLAINTIFF (DETAINEE THOMPSON).

DEC.11,2007 WHILE AT COURTHOUSE, ESCORT C/O JACKSON RETURNED TO BULLPEN W/ORDER SIGNED BY JUDGE LARSON CONTINUING CASE O7L465 TO DEC.20,2007, BY MOTION OF THE DEFENDANT (SHERIFF), AND SWITCHING JUDGES WITHOUT PLAINTIFF PRESENT.

Revised 9/2007

DEC. 18, 2007 WITH JUDGE LARSON NOT AVAILABLE DUE TO A MEDICAL EMERGENCY, CHIEF JUDGE HUDSON'S SECRETARY SUE, INFORMED DETAINEE THOMPSON THAT HE WAS SUPPOSE TO APPEAR BEFORE JUDGE BROWN FOR CASE NO. 07AR1026, DUE TO JUDGE LARSON'S ABSENCE. INSTEAD PLAINTIFF WAS TRANSPORTED TO ST. CHARLES JUDICIAL CENTER TO AWAIT COURT CALL IN GENEVA, C/O CONKLIN INFORMED PLAINTIFF HE WAS FOLLOWING THE INSTRUCTIONS OF SGT. DESJARDINE AND SGT. PLEIT, ABOUT THIS TIME ASSISTANT STATES ATTORNEY LULVES, KNOWING AND WILLFULLY FORGED JUDGE LARSON'S SIGNITURE TO AN ORDER OF CONTINUANCE, BY MOTION OF THE DEFENDANT, AND FAXED PLAINTIFF'S COPY TO THE JUDICIAL CENTER, TO C/O CONKLIN.

JUDGE FABIAN, JUDGE LARSON, SGT. DESJARDINE, SGT. PLEIT, AND ASST. STATES ATTORNEY JOSEPH LULVES REPEATEDLY DENIES THIS DETAINEE HIS CONSTITUTIONALLY GAURANTEED [1] FIRST AMEND. RIGHT TO FREEDOM OF SPEECH AND FREEDOM OF ASSEMBLY INSIDE THE COURTROOM, [2] FIFTH AMEND. DEPRIVING HIS LIBERTIES, SIXTH AMEND. THE RIGHT TO EFFECTIVE COUNSEL, DETAINEE IS PRO SE, IF HE IS NOT ALLOWED IN COURT HE CANNOT BE EFFECTIVE, [3] EIGHTH AMEND. CRUEL AND UNUSUAL PUNISHMENT, AND [4] FOURTEENTH AMEND. DUE PROCESS UNDER THE LAW.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

PLAINTIFF PRAYS FOR THIS COURT TO DECIDE IN FAVOR OF THE PLAINTIFF FOR THE MONETARY AMOUNT OF 750,000.00 (SEVEN HUNDRED FIFTY THOUSAND DOLLARS) FOR THE RESTORATION OF JUSTICE IN THIS COUNTY, ALONG WITH AN INVESTIGATION OF THE JUDICIAL SYSTEM OF THIS COUNTY.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __20__ day of __DEC__ , 20__07__

_W. Th_____

(Signature of plaintiff or plaintiffs)

WENDELL  C.  THOMPSON

(Print name)

#30421

(I.D. Number)

777 E. FABYAN PKWY.

GENEVA, IL 60134

(Address)

6

Revised 9/2007