PRISONER CASE

R

CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** WENDELL C. THOMPSON  
**Defendant(s):** JUDGE LARSON, et al.

**County of Residence:** KANE  
**County of Residence:**

**Plaintiff's Address:**
Wendell C. Thompson
#30421
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

**Defendant's Attorney:**

KC FILED
DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

07CV7233
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham  **Date:** 12/26/2007
Holderman    07C7198
Mason