# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7233 | **DATE** | March 10, 2008 |
| **CASE TITLE** | Wendell Thompson (#30421) v. Judge Larson, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of January 11, 2008, the court administratively closed this case without prejudice to appointed counsel filing an amended complaint in Case No. 07 C 4698 setting forth all viable constitutional claims regarding the plaintiff's confinement at the Kane County Jail in one lawsuit. The plaintiff's motion for leave to proceed *in forma pauperis* [#3], which still reflects as pending on the court's docket, is denied as moot.

■ [Docketing to mail notices.]

mjm